FILED
APR 21 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jerome Julius Brown, Sr., *et al.*, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Civil Action No. 09 0720 |
| ) | |
| Brooks Norris, Supervisor, ) | |
| Corespondence and Constituent Services, ) | |
| Office of the Governor *et al.*, ) | |
| ) | |
| Defendant(s). ) | |

## MEMORANDUM OPINION

Before the Court is the *pro se* complaint and an application to proceed *in forma pauperis*. The Court will grant the application to proceed *in forma pauperis* and dismiss the complaint without prejudice.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The Complaint fails to meet the requirements of Rule 8(a). The complaint does not make clear whether there is one plaintiff or multiple plaintiffs. It does not indicate what the defendants did to cause injury to the plaintiff(s) or what relief the plaintiff(s) seek. Most importantly, the

complaint does not set forth a short and plain statement regarding this Court's jurisdiction over this matter, and the court cannot discern any basis for its jurisdiction on the face of this complaint. Accordingly, the Court will dismiss the complaint without prejudice. An appropriate order accompanies this memorandum opinion.

Date: April 8, 2009

_____
United States District Judge